**SCHNADER HARRISON SEGAL & LEWIS llp**
**A Pennsylvania Limited Liability Partnership**
**LISA J. RODRIGUEZ**
**New Jersey Managing Partner**
**Woodland Falls Corporate Park**
**220 Lake Drive East, Suite 200**
**Cherry Hill, New Jersey  08002-1165**
**Phone: (856) 482-5222**
**ljrodroguez@schnader.com**

**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
**Dennies Varughese**
**Uma N. Everett**
**Joseph H. Kim**
**Joshua I. Miller**
**Robert C. Millonig**
**1100 New York Ave., N.W.**
**Washington, DC 20005-3934**
**Phone: (202-772-8511**
**dvarughe@sternekessler.com**
**ueverett@ sternekessler.com**
**josephk@sternekessler.com**
**jmiller@ sternekessler.com**
**bobm@sternekessler.com**

*Attorneys for Defendant*
*Cipla Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION, | |
| *Plaintiff,* | Civil Action |
| v. | No. 2:17-cv-06163-SDW-LDW |
| CIPLA LIMITED, | |
| *Defendant.* | **NOTICE OF WITHDRAWAL OF JOSHUA I. MILLER** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Joshua I. Miller of Sterne, Kessler, Goldstein & Fox P.L.L.C.

hereby withdraws his appearance as counsel for Defendant in the above-captioned matter.

Respectfully submitted,


Dated: December 6, 2019                 ___*s/ Lisa J. Rodriguez*_____
                                        Lisa J. Rodriguez
                                        SCHNADER HARRISON SEGAL & LEWIS LLP
                                        220 Lake Drive East, Suite 200
                                        Cherry Hill, NJ  08002-1165
                                        (856) 482-5741
                                        ljrodriguez@schnader.com

                                        *Attorney for Defendant Cipla Limited*

PHDATA 7112729_1